UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOVANI ALVAREZ, on behalf of himself and all others similarly situated,<br>      Plaintiff,<br><br>      -against-<br><br>GENPACT SERVICES LLC<br>      Defendant. | Civil Action Number:<br>1:16-cv-08363-AKH |

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: December 26, 2016

                Respectfully submitted,

                By:__/s/ Abraham Hamra_____
                 Abraham Hamra , Esq.
                 Sirotkin Varacalli & Hamra, LLP
                 110 East 59th Street, Suite 3200
                 New York, New York 10022
                 Phone: (646) 590-0571
                 *Attorneys for Plaintiff*